## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 18-09915 DSF (RAOx) | Date | April 10, 2019 |
|---|---|---|---|
| Title | The American Registry of Radiologic Technologists v. Corey L. Cox | | |

| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Renee Fisher | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is ORDERED to show cause why this case should not be dismissed, for lack of prosecution.   Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

Plaintiff obtained entry of default, pursuant to Fed. R. Civ. P. 55(a), but Plaintiff has not sought default judgment, pursuant to Fed. R. Civ. P. 55(b).   Plaintiff can satisfy this order by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter.

Plaintiff must respond to this order within 21 days.   Failure to respond to this OSC will be deemed consent to the dismissal of the action.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.   The Order to Show Cause will stand submitted on that date.

Filing of the above document on or before the date indicated above will constitute a satisfactory response to the Order to Show Cause

**CIVIL MINUTES - GENERAL**     ____ : ____
Initials of Deputy Clerk: rf