# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>COREY L. COX,<br>　　　Defendant. | CV 18-9915 DSF (RAOx)<br><br>Judgment |

　　The Court having granted Plaintiff's motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that:

1. Final judgment be entered in favor of Plaintiff and against Defendant.

2. Defendant is permanently enjoined, pursuant to 15 U.S.C. § 1116 from directly or indirectly using, reproducing, copying, or imitating the ARRT trademarks, service marks, certification marks, or any other mark, word, or name similar to the ARRT trademark, which is likely to cause confusion, mistake or to deceive.

3. Defendant is ordered to pay Plaintiff liquidated damages in the sum of $10,000.

4. Defendant is ordered to deliver to Plaintiff for destruction all materials in his possession, custody, or control bearing, containing or using the ARRT trademarks within 30 days of notice of this Order.

5. Defendant is ordered to file with the Court and serve on ARRT a written report, under oath, setting forth in detail the manner and form in which Defendant has complied with the injunction within 30 days of notice of this Order.

6. Defendant is ordered to pay attorneys' fees in the amount of $14,215 pursuant to 15 U.S.C. § 1117(a).

7. Defendant may recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Date: July 1, 2019

Dale S. Fischer
United States District Judge